Phillip S. Oberrecht (ISB No. 1904)
Jason R. Mau (ISB No. 8440)
GREENER BURKE SHOEMAKER OBERRECHT P.A.
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone:  (208) 319-2600
Facsimile:  (208) 319-2601
Email: poberrecht@greenerlaw.com
       jmau@greenerlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN L. SCHMECK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STAKER & PARSON COMPANIES,<br>dba IDAHO CONCRETE COMPANY,<br>a UTAH corporation,<br><br>　　　　　　Defendant. | Case No.  12-CV-490-REB<br><br>**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY** |

COMES NOW Staker & Parson Companies, dba Idaho Concrete Company, and moves this Court for an Order to exclude expert testimony pursuant to Federal Rule of Civil Procedure 16(f) and Federal Rule of Civil Procedure 37(b)(2)(A)(ii).

This Motion is based upon the Memorandum in Support of Motion to Exclude Expert Testimony and the Affidavit of Phillip S. Oberrecht, filed concurrently herewith.

**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY - Page 1**

Oral argument is requested.

DATED THIS 14th day of June, 2013.

                                      GREENER BURKE SHOEMAKER OBERRECHT P.A.

                            /s/ Phillip S. Oberrecht
By _____
         Phillip S. Oberrecht
         Jason R. Mau
    Attorneys for Defendant

**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY - Page 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of June, 2013, a true and correct copy of the within and foregoing instrument was served upon:

| | | |
|---|---|---|
| William H. Thomas | ☐ | U.S. Mail, Postage Prepaid |
| Thomas, Williams & Park, LLP | ☐ | Hand Delivered |
| 121 N. 9th Street, Suite 330 | ☐ | Overnight Mail |
| P.O. Box 1776 | ☐ | Telecopy |
| Boise, ID  83701-1776 | ☒ | Email/ECF |
| | | wmthomas@thomaswilliamslaw.com |

/s/ Phillip S. Oberrecht
_____
Phillip S. Oberrecht
Jason R. Mau

**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY - Page 3**

19405-002  (576130)