Phillip S. Oberrecht (ISB No. 1904)
Jason R. Mau (ISB No. 8440)
GREENER BURKE SHOEMAKER OBERRECHT P.A.
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID 83702
Telephone: (208) 319-2600
Facsimile: (208) 319-2601
Email: poberrecht@greenerlaw.com
       jmau@greenerlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN L. SCHMECK,<br><br>        Plaintiff,<br><br>vs.<br><br>STAKER & PARSON COMPANIES,<br>dba IDAHO CONCRETE COMPANY,<br>a UTAH corporation,<br><br>        Defendant. | Case No. 12-CV-490-REB<br><br>**AFFIDAVIT OF PHILLIP S. OBERRECHT** |

STATE OF IDAHO      )
                             ) ss.
County of ADA       )

        PHILLIP S. OBERRECHT, being first duly sworn upon oath, deposes and says:

        1.    Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Initial Disclosures, served on Defendant November 1, 2012.

**AFFIDAVIT OF PHILLIP S. OBERRECHT - Page 1**

2. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents, served on Defendant February 19, 2013.

3. Defendant has not been served with any copies of an expert report from Plaintiff's expert witness or been provided with supplemental responses from Plaintiff that are responsive to Defendant's interrogatories and requests for production regarding expert witnesses or damages.

4. Defendant has retained the services of Dennis R. Reinstein, CPA, Karen A. Ginnett, CPA, and Nancy J. Collins, Ph.D, to rebut any of Plaintiff's damages testimony in this matter.

5. Defendant has been unable to forward any specific information to its retained expert witnesses as Plaintiff has not supplemented the minimal damage information he provided in his Initial Disclosures or discovery responses regarding damages.

6. Plaintiff's counsel has not attempted to contact me to stipulate to an extension to the Expert Disclosure Deadline, or to arrange for any other agreement regarding expert reports or damages information.

7. Defendant has disclosed the identities of its expert witnesses, their qualifications, publications, recent testimony, and compensation by the Defendants' expert witness deadline, but is unable to provide their opinions and the facts and data considered because it cannot provide its experts with specific materials related to the damages Plaintiff is seeking to recover in this matter.

8. Defendant has adhered to all deadlines set by the Case Management Order up to this date.

9.   At the time I participated in negotiating the dates stipulated in the parties' Litigation Plan, I was unaware of any information that would indicate Plaintiff did not intend to fully comply with the disclosure requirements contained in F.R.C.P. 26(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Phillip S. Oberrecht

SUBSCRIBED AND SWORN TO before me this 14th day of June, 2013.

_____
Notary Public for Idaho
Residing at BOISE, Idaho
Commission expires: 6-1-16

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2013, a true and correct copy of the within and foregoing instrument was served upon:

William H. Thomas
Thomas, Williams & Park, LLP
121 N. 9th Street, Suite 330
P.O. Box 1776
Boise, ID  83701-1776

☐ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Telecopy
☒ Email – wmthomas@thomaswilliamslaw.com

_____/s/_____
Phillip S. Oberrecht
Jason R. Mau

**AFFIDAVIT OF PHILLIP S. OBERRECHT - Page 4**

19405-002  (578174)