WILLIAM H. THOMAS (ISB 3154)
THOMAS, WILLIAMS & PARK, LLP
121 N. 9th St., Ste. 300
P.O. Box 1776
Boise, ID 83701-1776
Telephone: (208) 345-7800
Fax: (208) 345-7894
wmthomas@thomaswilliamslaw.com

Attorneys for Plaintiff

RECEIVED BY MAIL

NOV 0 2 2012

FARLEY OBERRECHT
HARWOOD & BURKE, P.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN L. SCHMECK,<br><br>               Plaintiff,<br><br>vs.<br><br>STAKER PARSON COMPANIES, dba<br>IDAHO CONCRETE COMPANY, a<br>UTAH corporation,<br><br>               Defendant. | Case No. 12-cv-490-reb<br><br>PLAINTIFF'S INITIAL DISCLOSURES |

The above-named Plaintiff, Jonathan L. Schmeck, by and through his counsel of record, hereby makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a):

      (a)(1)(A)(i)    WITNESSES:

      1.    Plaintiff, Jonathan L. Schmeck; contact through counsel. Mr. Schmeck has knowledge of the allegations contained in this lawsuit.

PLAINTIFF'S INITIAL DISCLOSURES, P. 1

2. Kirk Ellingford, former Supervisor; contact through counsel. Mr. Ellingford has knowledge of the allegations contained in this lawsuit.

3. Justin (last name unknown), Supervisor; contact through counsel. Justin has knowledge of the allegations contained in this lawsuit.

4. Steve (last name unknown), Loader Operator Mountain Home; contact through counsel. Steve has knowledge of the allegations contained in this lawsuit.

5. All witnesses listed by Defendants in their initial disclosures.

(a)(1)(A)(ii)  DOCUMENTS:

1. Qualifying Event Notice dated December 12, 2010.

2. Plaintiff's medical records.

    a) St. Alphonsus Cancer Care Center

3. All documents listed by Defendants in their initial disclosure.

Plaintiff is still evaluating documents related to the claim at issue in this litigation to determine which, if any, additional documents Plaintiff may use to support its claims, as per FRCP 26(a)(1)(A). To the extent any such documents are identified, Plaintiff will supplement these disclosures.

(a)(1)(A)(iii)  DAMAGES

On Plaintiff's claims for violations of Public Policy and FMLA, Plaintiff is entitled to back pay (plus interest or an appropriate inflation factor and an enhancement to offset any adverse tax consequences associated with lump sum receipt of back pay), front pay, benefits, and

all other damages owed to Plaintiff, in an amount to be proven at trial, plus compensatory and punitive damages.

Plaintiff be awarded costs including, but not limited to, attorney fees, expert fees and other costs and expenses of this litigation.

Plaintiff anticipates retaining the services of economist, Richard A. Slaughter, to determine a more accurate figure.

(a)(1)(A)(iv)   INSURANCE

1. Not applicable.

DATED this 1st day of November, 2012.

THOMAS, WILLIAMS & PARK, LLP

William H. Thomas
Attorney for Plaintiff

CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 1st day of November, 2012, I served foregoing document on the following attorneys by regular U.S. Mail as indicated below:

Phillip S. Oberrecht
Leslie M. Hayes
FARLEY OBERRECHT HARWOOD & BURKE, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701

/s/ Gabrielle Cole
Gabrielle Cole