# DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA

**Education:**  University of Idaho
BS Agri-business, 1974
BS Business (Accounting), 1975

**Certification:**  Licensed in Idaho as CPA, 1976
CVA designation, 1995
ABV designation, 2001
ASA designation, 2003

**Career Experience:**

Coles Reinstein, PLLC
   Partner                                          November, 2012 - Present

Hooper Cornell, PLLC
   Partner                                           January, 2002 – October 2012

Presnell·Gage Accounting & Consulting

Firm-wide supervisory responsibilities for business consulting services and electronic data processing services

Boise office
   Partner                                        July, 1989 - December 31, 2001
Moscow office
   Partner-in-charge                   October, 1983 - June, 1989
Lewiston office
   Partner                                        May, 1980 - September, 1983
   Manager                                      1979 - 1980
   Staff Accountant                      1975 - 1978

Professional experience includes:

(1) Valuation of small businesses and professional practices.
(2) Assistance to clients with the analysis of business operations and significant business transactions. These include negotiations on purchase and sale of a business or business segments, including assistance with valuation of business entities.
(3) Design and assist with implementation of financial accounting and control systems for various clients served by the firm.
(4) Supervision of accounting and auditing services provided by the firm's professional staff and consultation on procedures and methods of providing client services.
(5) Member of team conducting review of complex mainframe and microcomputer accounting systems.
(6) Co-authored and presented eight-hour course on cash management. Presented other client educational seminars and seminars to other service professionals such as bankers and attorneys.
(7) Duties as a partner-in-charge included the responsibility for managing an office and personnel in accordance with firm policies.

## DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA (Continued)

**Career Experience continued:**

Farmer's Home Administration - Assistant County Supervisor, 1974.
Duties included:
(1) Evaluation of credit applications and preparation of application packages for review and approval.
(2) Residential real estate and farm appraisals.

**Professional Memberships and Activities:**

Idaho Society of CPAs, current member
   Past Chairman of Management of an Accounting Practice Committee
   Prior Member of Committees on
     Public Relations
     Continuing Professional Education
     Relations with Bankers
Northern Chapter of Idaho Society of CPAs, past president
American Institute of CPAs, current member
American Society of Appraisers, current member - Business Valuation
National Association of Certified Valuation Analysts, current member
Continental Association of CPAs, Past Chair of Litigation Services Committee and Information Technology Committee
Boise Estate Planning Council, current member; Past – President, Vice President, Treasurer, Secretary and Program Chairman

**Prior Public Service and Community Activities:**

Boise Chamber of Commerce
   Member of Small Business Recognition Sub-committee
   Member of Small Business Education and Advisory Sub-committee
   Chair of Small Business Committee
   Member of Garden City Chamber Council
Discovery Center of Idaho, Vice President of Board
Kiwanis
Moscow Chamber of Commerce
   President, Vice President, Treasurer & Board member
Moscow Executive Association
Moscow Rotary
Lewiston Chamber of Commerce
Lewiston Jaycees
   Held various offices & a member of Board of Directors
Prepared and presented accounting seminars for Human Advancement's Inc., Minority Contractors Awareness Seminars and the Lewis-Clark Homebuilders Association.
Taught night classes in bookkeeping at the Clarkston Branch of Walla Walla Community College.

## *PRIOR TESTIMONY - DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA*

The following is a list of cases in which I have given recorded testimony in the last four years.

1) George C. Turner. v. Russell E. and Victoria F. Turner
    Trial – Murphy, Idaho – July 2009

2) Ronald R. McCann. v. William V. McCann, Jr., et al.
    Hearing on Motion to Compel – Boise, Idaho – August 2009

3) Darel Hardenbrook, et al. v. United Parcel Service, Co.
    Trial – Boise, Idaho – January 2010

4) Jean-Michel Thirion, et al. v. Brenda E. Sangster.
    Hearing on Fees – Boise, Idaho – December 2010

5) The City of Meridian v. Petra Incorporated
    Trial – Boise, Idaho – March 2011

6) Tim Hopkins v. Advantage Sales and Marketing Holdings, LLC
    Trial – Boise, Idaho – December 2011

7) Rodney Shaddox, et al. v. Daryl Kent MacCarter, M.D.
    Deposition – Boise, Idaho – January 2012

8) Profits Plus Capital Management, LLC, et al. v. Jeffrey Podesta, et al.
    Trial – Boise, Idaho – February 2012

9) Michael Arevalo v. SafeScan Imaging Services, LLC, et al.
    Deposition – Boise, Idaho – April 2012
    Court Hearing on Qualifications – Emmett, Idaho – May 2012
    Trial – Emmett, Idaho – May 2012

10) Peggy Cedillo v. Farmers Insurance Company of Idaho
    Deposition – Boise, Idaho – October 2012

## *PUBLICATIONS/PRESENTATIONS - DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA*

The following is a list of publications I have authored or co-authored over the last 10 years.

1) Litigation Questions, Problems & Solutions: The Bench, Bar and Clients Speak Out. Participant on the client panel – presented to the Idaho State Bar Litigation Section on January 10, 2003.

2) Using Business Valuations To Build An Estate – presented to the Boise Estate Planning Council on November 3, 2003.

3) Business Valuation Basics – presented to the Boise Wells Fargo Business Bankers meeting on December 5, 2003.

4) Business Valuation Basics: How to Use Valuation/Financial Theory to Increase the Value of Your Business – presented to TechHelp, Manufacturers Luncheon on January 28, 2005.

5) Tax Planning for Sales of Real Estate – sponsored by Premier Alliance on March 16, 2005.

6) Valuation and Credit Analysis: Similarities and Differences – presented to Boise area U.S. Bank business bankers on May 11, 2005.

7) The Guideline Publicly Traded Company Method and The Market Value of "invested" Capital: Should Market Value of "Stakeholder" Capital be the Appropriate Reference – Business Valuation Review; Summer, 2006.

8) A Hybrid Restricted Stock/Pre-IPO Data Point: Lack of Marketability Discount for ESOP's. – Business Valuation Review; Summer, 2007.

9) Pension Plans and Closely-Held Companies: Valuing Tricky Assets in Divorce – presented to the Idaho State Bar Association on May 9, 2008.

10) Considerations in Starting a Dental Practice –

    a) Presented to Idaho State University Dental School, November 11, 2008
    b) Presented to Idaho State University Dental School, January 12, 2010
    c) Presented to Idaho State University Dental School, June 20, 2011
    d) Presented to Idaho State University Dental School, March 19, 2012
    e) Presented to Idaho State University Dental School, January 14, 2013

11) Co-presenter on damages in Personal Injury litigation to various Treasure Valley area law firms – 2009.

12) An Update on Proposed IRS' Appraiser Penalty Procedures – published in ISCPA Adjusting Entry, April 2010.

13) Co-presenter in "Accounting 101 Seminar for Attorneys" – sponsored by the National Business Institute, Boise, Idaho August 12, 2010.

**PUBLICATIONS/PRESENTATIONS - DENNIS R. REINSTEIN - continued**

14) Co-presenter in "Buy-Sell Agreements: Recipe for Success or Roadmap to Ruin?" –

    a) Presented to the Idaho State Bar – 2010 Advanced Estate Planning Seminar, September 11, 2010.
    b) Presented to the Business and Corporate Law Section of the Idaho State Bar, September 14, 2011.
    c) Presented to the Business Group of Holland & Hart, LLP, September 28, 2011.

15) Co-presenter in "So You Think You Want To Be An Expert Witness?" – sponsored by the Idaho Society of CPA's, Boise, Idaho November 4, 2011.

16) Inn of Court Program – participant on Lou Racine Team – presentation on "Overcoming Jury Bias Against Paid Experts & How to Utilize that Bias Against Your Opponent's Experts" – Boise, Idaho April 18, 2012.

**QUALIFICATIONS - DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA**

See curriculum vitae attached.

**COMPENSATION - DENNIS R. REINSTEIN, CPA/ABV, ASA, CVA**

Hourly rate of $315 plus out-of-pocket costs.