# KAREN A. GINNETT, CPA, CFE, MST

**Education:**  University of Maryland - B.S. Business Management/Accounting
Golden Gate University - M.S. Taxation

**Certification:**  CPA, Licensed in Idaho
Certified Fraud Examiner (CFE), 2008

**Career
Experience:**  Coles Reinstein, P.L.L.C.
 Manager, October, 2012 - Present
Hooper Cornell, P.L.L.C.
 Manager, January, 2008 – September, 2012
SuperValu, Inc.
 Income Tax Manager, November 2006 - November 2007
Bauknight, Pietras & Stormer, P.A.
 Tax Manager, November 2005 - October 2006
South Carolina Office of Regulatory Staff
 Auditor, July 2005 – October 2005
Idaho State Tax Commission
 Income Tax Auditor, 2003 - 2005
 Nexus Unit Supervisor, 1998 - 2003
 Tax Policy Specialist, 1998
Public Accounting and Industry
 Staff Accountant to Manager, 1980 - 1997

Professional experience includes:

- Fraud related investigations for private companies and governmental agencies.
- Litigation support projects including personal injury losses, lost wages, wrongful death, lost business profits and contract breach. Support services include research, data analysis, economic loss calculation, and computation of future and present values.
- Audits of public utility companies.
- Investigation of out of state businesses to determine and enforce compliance with Idaho state income and sales tax laws.
- Auditor of income tax returns filed by individuals and businesses.
- Preparation and review of business and individual income tax returns.
- Tax research and planning.
- Preparation of audited, reviewed and compiled financial statements.
- Assisting businesses in establishment and implementation of accounting systems and control.
- Speaker at various tax related seminars.

**Professional
Memberships
and Activities:**  Association of Certified Fraud Examiners
Boise Chapter of Certified Fraud Examiners
American Institute of Certified Public Accountants
Idaho State Society of Certified Public Accountants
American Academy of Economic and Financial Experts

## PRIOR TESTIMONY - KAREN A. GINNETT, CPA, CFE, MST

The following is a list of cases in which I have given recorded testimony in the last four years.

1) James E. Hawe and Tamara J. Hawe v. Van Hees Properties, LLC; Hark's Corner, Inc. - Case No. CV-PI-0704871

    Trial - Ada County, Boise, Idaho - June 2009

2) William O. Goodrich and Khuy V. Goodrich v. Jeffrey Sadler, Edward G. Rainford, and Clear Wealth, Inc. - Case No. CV-OC-0911997

    Deposition - Boise, Idaho - January 2010

3) Jean-Michel Thirion, et. al. v. Brenda E. Sangster - Case No. CV-OC-1000839

    Hearing on Fees – Boise, ID – December 2010

4) Cynthia Baeli vs. DirecTV Customer Services, Inc. - Case No. 77 160 00539 09 ANRO

    Arbitration Hearing – Boise, ID – July 2011

5) Kelly Withers vs. Western Waste Services, LLC, Richard C. Parks, and Scott Parks - Case No. CV-10-2982

    Trial – Twin Falls County, Twin Falls, Idaho – October 2011

6) Cory M. Aguilar vs. Richard Aguilar – Case No. CV-2010-10330C

    Trial – Canyon County, Caldwell, Idaho – October 2011

7) Ross Waldon Bright and Bright Livestock Hauling, LLC vs. KDC Farming, Inc. & Ross Alan Welker – Case No. 1007-09974

    Trial – Multnomah County, Portland, Oregon – October 2011

## QUALIFICATIONS

See curriculum vitae attached.

## COMPENSATION

Hourly rate of $195 plus out-of-pocket costs.

## PUBLICATIONS/PRESENTATIONS

1) Co-presenter on damages in Personal Injury litigation to various Treasure Valley area law firms – 2009.

2) *Identifying Fraud*, published by NBI, Inc. in *Accounting 101 for Attorneys* August 2010.

3) Co-presenter in *Accounting 101 Seminar for Attorneys* – sponsored by the National Business Institute, Boise, Idaho August 12, 2010