# Nancy J. Collins, Ph.D.
# VocConsult Services Inc.

American Board of Disability Analysts – Diplomat and Senior Disability Analyst
Commission on Rehabilitation Counselor Certification – Certified Rehabilitation Counselor
International Commission of Health Care Certification – Certified Life Care Planner
American Rehabilitation Economics Association – Forensic Vocational Expert

## CURRICULUM VITAE

**EDUCATION**

Post-graduate Certificate, Life Care Planning, University of Florida, 1997
University of Idaho, Moscow, Idaho
   Ph.D. 1994 Adult Education, Emphasis in Vocational Rehabilitation
Chapman College, Orange, California
   M.A. 1979 Major: Counseling Psychology
University of Idaho, Moscow, Idaho
   B.S. 1977 Major: Psychology

**PRESENT POSITION**

*VocConsult Services Inc.* - Private Practice 1992 to present
Nancy Collins, Ph.D., C.R.C., A.B.D.A., C.L.C.P., F.V.E.
Boise, Idaho. Vocational evaluation, disability analysis, employment counseling, transferable skill analysis, labor market research, testing, job analyses, earning capacity evaluation. Primary care rehabilitation as well as expert witness casework and consultation for workers compensation, personal injury, and life care planning for catastrophic injury cases. Consultation, evaluation and expert witness testimony in marital dissolution, sexual harassment/discrimination, wrongful discharge, failure to promote, ADA, and FMLA cases.

**PREVIOUS EMPLOYMENT & INTERNSHIPS**

*University of Idaho*, Adjunct Professor - Boise Center, Boise, Idaho 1994-1997
*Janzen and Associates*, Boise, Idaho
   Rehabilitation Counselor, 5/85 to 1/92 Provision of primary care rehabilitation service to workers with disabilities, assistance in return to work planning, job placement, and rehabilitation follow-up. Forensic evaluation and testimony.
*Boise Family YMCA*, Boise, Idaho 1980/1984
   Prime Time Site Coordinator - Recreation Program
*Alaska Children's Services*, Anchorage, Alaska 1979/1980
   Recreation and Education Therapist
*Western States Hospital*, Tacoma, Washington
   Psychology Intern
*Greater Lakes Mental Health Center*, Tacoma, Washington
   Psychology Intern

**ELECTED OFFICES AND APPOINTMENTS**

Governors Committee: State Advisory Council of the Idaho Division Vocational Rehabilitation term 1993-1998
Past-President: National Rehabilitation Association, Idaho Chapter-1997

**PROFESSIONAL ASSOCIATIONS & CERTIFICATIONS**

    Certified Rehabilitation Counselor, Commission on Rehabilitation Counselor Certification
    Diplomat and Senior Disability Analyst- American Board of Disability Analysts
    Forensic Vocational Expert - American Rehabilitation Economics Association
    Certified Life Care Planner International Commission of Health Care Certification
    American Counseling Association
    American Rehabilitation Counseling Association
    National Rehabilitation Association
    International Association of Rehabilitation Professionals; Forensic Rehabilitation Section
    National Association of Rehabilitation Professionals in the Private Sector
    Statewide Rehabilitation Advisory Council 93-98
    Washington Vocational Rehabilitation Counselor registration
    Nationally Certified Counselor - National Board of Certified Counselors 1996 to 2002

**CONTINUING EDUCATION**

    1986 Cognitive Behavior Modification
    1986 Reducing Costs Associated with Industrial Injury
    1987 Neurological Injury and Disability
    1987 Evaluation and Treatment of Disability in Workers Comp and P I Claims
    1988 Determination of Damages for Individuals Having Closed Head Injuries
    1988 CognitiveRehabilitation-Community Reintegration Through Scientifically Based Practice
    1989 Evaluating Potential/Limitations of Multiple Trauma Cases.
    1989 Idaho Association of Counseling & Development Silver Anniversary; A Celebration
    1990 Forensic Rehab.: Advanced Concepts and Marketing
    1990 Utilization of the Rehabilitation Specialist in Primary Care &Forensic cases.
    1990 Expert Testimony for Impairment of Earning Capacity
    1990 Conciliation Training
    1991 Permanent Disability in Workers Comp. & Tort Cases
    1991 Theories of Vocational Choice
    1992 Employer Response to Personal Injury
    1993 Dissertation Research-Correctional Rehabilitation
    1993 NRA Training Symposium
    1993 Workers Compensation Law and Practice in Idaho
    1994 Traumatic Brain Injury Workshop
    1994 NRA Training-TBI
    1994 NRA Training Symposium
    1994 Rehabilitation of Reflex Sympathetic Dystrophy
    1994 Audiology - How it Relates to Rehabilitation
    1995 Occupational Medicine Conference - Elks
    1995 Usefulness of Physical Medicine
    1995 Pharmacology - Uses and Side Effects
    1996 Multicultural Issues in Rehabilitation
    1996 Forensic Vocational Expert/Practice
    1996 AREA Conference :
        Rehab Economics From Retainer to Trial
        Physical & Functional Capacity Assessment
        Evaluating Losses Due to Head Injury
        Determining Economic Damages
        Lifecare Planning in Catastrophic Injury
        Two Sides of a Marital Case: Opposing Views
        Voc & Econ Implications of Discrimination in the Workplace

1996 National Rehabilitation Conference - Idaho Chapter
1996 Wage Loss Analysis Fundamentals
1996 Calculating Economic Loss Using a Spreadsheet
1997 RTI Rehabilitation Training Institute; University of Florida
    Tenets and Methodology of Life Care Planning
    Vocational Assessment
    Life Care Planning for Catastrophic Case Management
    Multiple Disabilities
    Forensic Rehabilitation
1997 RTI Rehabilitation Training Institute; University of Florida
    Spinal Cord Injury
    Acquired Brain Injury
    Pediatric Brain Damage
1997 RTI Rehabilitation Training Institute:
    Forensic Vocational Rehabilitation
    Life Care Planning
1997 Pacific Region NRA Conference
    O-NET
    Agrability
    Small Business Development for People with Disabilities
1998 Area Conference - Earning Capacity and Expected Earnings
    The Effects of Daubert on the Nature of Expert Testimony
    Business Valuation and Forensic Economic Projections
    Life Care Planning
    Estimating Economic Loss of Self-employed Workers in Personal Injury Cases
1998 ADA in Idaho
1999 AREA Conference
    New Studies and Trends in Household Services
    Marketing Forensic Services
    What Constitutes Credible Expert Testimony
    Collateral Sources Issues and Impact on Economic Values
    Ethics and Forensic Practitioner
    Vocational Methodologies in the Assessment of Wage Loss
    Evaluation of the Self-Employed: Business Equity vs. Earning Cap.
2000 AREA Conference
    Economic Applications for the Vocational Specialist
    A Perspective on Life and Worklife Expectancies
    Estimating the Value of Social Security as a Fringe Benefit
    LCP Analysis and Rebuttal
    A View of Damage Software
    Issues in Assessing Personal Consumption and Maintenance
    Annuities, Collateral sources and Government Accommodations
    The Life Care Plan and Its Present Value
    Adjusting Worklife Expectancy Calculations
    Disability and The New Worklife Expectancy Tables
    State and Local Government Using Cost and Index Levels to Measure Changes
2001 AREA Conference
    Medical Aspects of Life Care Planning
    Psychological Factors & Their Impact on Earning Capacity
    Disability Data
    Professional Writing
    Determining Earning Capacity Mitigation
    The Economics of Annuities
    Issues of Worklife Expectancies, Methodologies of Developing Useable Data
    Identifying Foundational Problems in the Work of Life Care Planners
    Compensation Data Set Use by Forensic Experts

2002 AREA Conference
- Providing Testimony in a Daubert/Kumho Context
- Understanding the O*NET
- The Application the Markov Technique in Worklife Expectancies
- What Info Should be Provided by a Vocational Specialist to a Same-Side Economist?
- Understanding the MCPI in a Litigation Context
- Surviving a Daubert Challenge
- Annuities: Their Role and Use in a Litigation Context
- The Concept & Application of Peer Review
- Avoiding Self-Inflicted Wounds and a Descent into the Abyss

2003 AREA Conference
- The Best of Bad Testimony: Strategies and Techniques no Expert Should Ever Use
- The Victims Compensation Fund: Frameworks and Methods for Appraising Economic Damages
- Issues in Calculating Work Life Expectancy: Qualitative vs. Quantitative Data
- How to Prepare for Trial - What Works and What Doesn't
- Developing Demonstrative Exhibits and Evidence for Trial Presentation
- Catching Evasions, Ploys and Subterfuge in the Reports of Life Care Planners and Vocational Experts: Refining and Extending the "Red Flags" Concept to Vocational Plans
- Post-Litigation Activities and the Development of Special Needs Trusts

2003 National Rehabilitation Summer Conference
- Americans with Disabilities Act
- Adaptive recreation & Sports
- Ethics for Counselors and Para-Professionals
- Dealing with Difficult Clients
- Assistive Technology

2004 Pacific Region National Rehabilitation Association Conference
- Foundations of Ethics
- General Ethical Issues
- Ability Profiler
- Multicultural Counseling Competency
- Section 304 Migrant Seasonal Farm Worker Issues

2005 Idaho National Rehabilitation Association Conference
- The Hero Program
- Interagency Conflict
- Collaborating with Community Partners
- The Criminal Justice System and Vocational Rehabilitation
- Salient Issues in Rehabilitation Counseling
- Dealing with the Code of Ethics

2006 CM Home Study
- Rehabilitation Assessment

2006 Idaho National Rehabilitation Association Conference
- Overcoming Disability
- Cochlear Implants
- Drug Court

2007 American Board of Vocational Experts Spring Conference
- Legal Restrictions on Employment: Solutions for Unique Workers
- Advanced Testimony Skills: Successful Expert Witness Testimony
- Translating Neuropsychological Test Results Into Predictions of Employability
- View From the Bench - The Future of Expert Witnesses
- Interactive Report Writing for Different Forensic Venue Presenters
- How to Access and Mine Data Sources for Forensic Decisions
- The Necessary Interface Between the Economic & Vocational Expert
- New Emerging Practice Guidelines for Forensic Life Care Planners

2008 National Rehabilitation Association Conference - Idaho Chapter
2009 Ethics in Counseling and Psychotherapy - American Schools Association
2009 Idaho Chapter National Rehabilitation Association
    Job Corp - Who They Are, Who They Serve, How We Can Partner
    VA - Mental Health and Employment
    SILC - Medicaid buy in Department of Corrections Re-entry and Employment
    Leadership and Workplace Team Building
2009 Functional Capacity Evaluation: What can we get out of it?
2009 International Association of Rehabilitation Professionals Forensic Conference
    Evaluation in Behavioral Concerns in Litigation
    Standards to Which Forensic Experts Adhere
    Markov Process Work-Life Tables
    A Model for Calculating Lost Earnings and Benefits in Personal Injury Cases
    Giving and Defending Expert Opinions
    CRCC Code of Professional Ethics: Implications for Private Sector Practitioners
    Thinking of My Seat for Experts: Roundtable on Expert Testimony
    Improving Ecological Validity in Cases of Brain Injury
2010 Adaptive Transportation Safety: Recommendations and Funding Options IARP
    Neurofunctional Assessment IARP Webinar
    Functional Capacity Evaluation: what can we get out of it? IARP Webinar
    Job Numbers and Labor Market Resources for Occupations IARP Webinar
    Clinical Judgment IARP Webinar
2011 Decoding a Neuropsychological Report IARP Webinar
    Internet Resources for Rehabilitation Professionals IARP Webinar
    Self Awareness Deficits in Brain Injury IARP Webinar
    DOT Redux – Why We Did It IARP Webinar
    NRA Summer Conference
2012 Industry and Occupation Data Using the American Community Survey IARP Webinar
    O*NET Data Collection Program IARP Webinar
    Do Former Prisoners Earn Less: The Impact of Correctional Supervision on Future Earnings IARP Webinar
2012 Pacific Region/Idaho Chapter NRA Summer Conference
    Overview of Rehabilitation Services Administration
    No Wrong Door
    Resolution of Ethical Issues: Generational Conflicts and Career Development
    Assistive Technology and Vocational Rehabilitation
    Inspiring, Challenging, and Equipping Others to Live up to Their Potential
2012 Aging with Spinal Cord Injury AAACCU
    Upper Extremity Impairment Considerations in Life Care Planning IARP
2013 Putting Together Technology for Your Rehabilitation Practice IARP

## Research, Publications and Teaching Positions

Consultant: IDVR Client and Employee Satisfaction;
Survey of FY 1994 Clients; (June 1995)
Census of June 1995 Employees (September 1995)

Collins Edson, N. (1994)
Variables Associated with Success for Public Offenders with Disabilities Participating in a Vocational Rehabilitation Program *Dissertation Abstracts International*.

Barros, M., & Collins, N. (1996, January)

Vocational Experts Play Important Role in Determining Disability. *The Advocate.* Idaho State Bar Association.

Barros, M., & Collins, N. (1996, Spring)
    The Role of Vocational Experts in Determining Disability. *Pfannenstiel's Workers' Comp Quarterly.* Alternative Rehabilitation Counseling.

Adjunct Faculty - University of Idaho Department of Graduate Studies

- Fall Semester -1994 Medical & Psychosocial Factors of Disability
- Spring Semester - 1995 Psychosocial Aspects of Rehabilitation
- Summer Semester -1995 Private Sector Rehabilitation
- Spring Semester - 1996 Principles and Practices of Rehabilitation
- Summer Semester- 1996 Rural Rehabilitation
- Summer Semester - 1996 Rehabilitation of Farm Workers
- Summer Semester - 1996 Psychosocial Aspects of Rehabilitation
- Summer Semester - 1996 Directed Study/Disability Management
- Fall Semester - 1996 Rehabilitation Internship
- Spring Semester- 1997 Private Sector Rehabilitation – Internship
- Summer Semester - 1997 Forensic Vocational Rehabilitation - Internship

Collins, N. (2003) Presenter
    Vocational Counselor vs. Vocational Expert Roles, Ethics, and Methodologies. Return to Work Issues in Worker's Compensation in Idaho. Lorman Educational Services

Collins, N. (2006) Presenter
    The Utilization of Vocational Rehabilitation and Life Care Planning in Catastrophic Injury Cases With in the Worker's Compensation System. Lorman Educational Services

# VocConsult Services Inc.
## Nancy J. Collins, Ph.D.
CRC Certified Rehabilitation Counselor   ABDA Diplomat & Senior Disability Analyst
CLCP Certified Life Care Planner
106 North 6th, Ste. M3  83702   P.O. Box 1126, Boise, Idaho 83701
Email VocConsult@Qwest.net   Tax ID 82-0500526   Phone 1-208-389-7813  Fax 208-368-0377

Professional Services Fee Schedule - 2013

Fees: Services are billed at $135.00 per hour for professional casework evaluation and reporting. For work performed with a deadline under 30 days, services are billed at $150.00 per hour.

Expert testimony in deposition or trial is billed at $175.00 an hour. There is a two hour minimum for local expert testimony and four hours for testimony outside the Boise area.

Travel and wait time is billed at $75.00 an hour with 100% of incurred expense billed to the client.

Retainers are expected unless otherwise agreed upon. The Life Care Plan retainer is $1500.00 and the retainer for a vocational evaluation is $1000.00. One half of unused retainer will be returned, if not billed.

**Invoices are payable within 30 days of receipt**. Where payment is tardy, I have the right to withhold final reports until such time as accounts are brought current. All outstanding fees must be paid prior to appearance at any trial or other hearing.

Referring party is solely responsible for payment of all billing under the terms of this agreement, without regard to professional conclusions reached, legal outcomes or benefits realized.

Ethics codes followed by this professional provide for unbiased, objective opinion in the evaluation of any evaluee.

# Expert Witness Testimony – Nancy J. Collins, Ph.D.

D – Deposition
PHD – Post hearing deposition
T – Trial
H – Hearing
A – Arbitration

| Year | Date | Case Name | Case Type | Attorney |
|---|---|---|---|---|
| 2007 | 1-24 | Dodge | Worker's Comp | Ford - Defense - D |
| | 2-19 | Maglecic | Personal Injury | Claiborne - Plaintiff-D |
| | 2-20 | Osterhout | Worker's Comp | McFeeley - Defense - H |
| | 3-7 | Mills | Worker's Comp | Scrivner - Defense - H |
| | 3-13 | Weerheim | Personal Injury | Julian - Defense - T |
| | 4-23 | Johnson | Marital Dissolution | Breen - Plaintiff - T |
| | 4-25 | Elgaeen | Worker's Comp | Ripple - Defense - D |
| | 5-4 | Hallford | Wrongful Discharge | Rossman - Plaintiff - D |
| | 6-7 | Bruderer | Personal Injury | Roache - Plaintiff - D |
| | 6-26 | Ruiz | Worker's Comp | Scrivner - Defense - D |
| | 7-24 | Gage | Worker' Comp | Scrivner - Defense - H |
| | 8-2 | Weerheim | Personal Injury | Julian - Defense - T |
| | 8-16 | McKain | Marital Dissolution | Uranga - Plaintiff |
| | 8-21 | Browning | Worker's Comp | Callery - Defense |
| | 9-4 | Rudolph | Long Term Disability | Mahonen - Plaintiff |
| | 9-5 | Bixby | FELA | Larsen - Plaintiff |
| | 9-19 | Flores | Worker's Comp | Owen - Plaintiff |
| | 11-5 | Burnham | Worker's Comp | Owen - Plaintiff |
| | 11-15 | Gray | Personal Injury | Julian - Defense |
| | 12-10 | Kerrin | Worker's Comp | Callery - Defense |
| | 12-12 | Sommers | Worker's Comp | Larsen - Plaintiff |
| 2008 | 1-10 | Peck | FELA | Thompson - Plaintiff - D |
| | 1-23 | Corson | Worker's Comp | Chasen - Plaintiff - H |

| | | | | |
|---|---|---|---|---|
| | 4-16 | Royer | Personal Injury | Maguire - Plaintiff - D |
| | 4-18 | Lundquist | Marital Dissolution | Connally - Defense - T |
| | 5-8 | Coleman | Worker's Comp | Brown - Plaintiff - D |
| | 5-9 | Rawls | Marital Dissolution | Bevis - Plaintiff - T |
| | 6-11 | Nate | FELA | Larsen - Plaintiff - D |
| | 7-25 | Measel | Worker's Comp | Callery - Defense - H |
| | 9-11 | Hawe | Personal Injury | Manweiler - Plaintiff - D |
| | 10-3 | Morris | Marital Dissolution | Monson - Defense - T |
| | 10-22 | Huber | Worker's Comp | Valdez - Defense - H |
| | 10-29 | Calderon Vega | Worker's Comp | Scrivner - Defense - H |
| | 11-5 | Naylor | Personal Injury | Arnold - Plaintiff - T |
| | 11-7 | Lysager | Personal Injury | Hearn - Plaintiff - T |
| 2009 | 1-15 | Hay | Worker's comp | Callery - Plaintiff - H |
| | 1-28 | Henkel | Personal Injury | Wetherell - Defense - A |
| | 2-2 | Diviesti | FELA | Larsen - Plaintiff - D |
| | 2-5 | Lisboni | Worker's comp | Schepp - Plaintiff - H |
| | 2-26 | Rodreguez | Worker's comp | Scrivner - Defense - D |
| | 3-9 | Lewis | Personal Injury | Garrett - Plaintiff - D |
| | 3-12 | Carillo | Personal Injury | Guenin - Plaintiff - D |
| | 3-18 | Lewis | Personal Injury | Garrett - Plaintiff - T |
| | 3-24 | Miller | Personal Injury | Garabecia - Plaintiff - D |
| | 4-9 | Carillo | Personal Injury | Guenin - Plaintiff - T |
| | 4-20 | Cuevas | Worker's comp | Owen - Plaintiff - D |
| | 6-2 | Williams | Worker' comp | Ripple - Defense - H |
| | 6-5 | Hawe | Personal Injury | Manweiler - Plaintiff - T |
| | 6-24 | Kortopadis | FELA/personal injury | Bovarnick - Plaintiff - D |
| | 7-2 | Coria | FELA/personal injury | Thompson - Plaintiff - D |
| | 7-6 | Davis | Personal Injury | Lojek - Plaintiff - D |
| | 7-30 | Puyleart | Worker's Comp | Callery - Defense - H |

| | | | | |
|---|---|---|---|---|
| | 8-20 | Josephson | Marital Dissolution | Strother - Defense - T |
| | 9-17 | Ellis | Wrongful Discharge | Kormanic - Plaintiff - D |
| | 9-21 | Nelson | Marital Dissolution | Gustavel - Defense - D |
| | 9-24 | Kordopatis | FELA/personal injury | Bovarnick - Plaintiff - T |
| | 10-7 | Flores | Personal Injury | Brady - Defense- D |
| | 10-9 | Nightengale | Personal Injury | Dinius - Plaintiff - T |
| | 10-12 | Moore | Wrongful Discharge | Ross - Plaintiff - D |
| | 10-14 | Vierstra | Marital Dissolution | Bevis - Defense - T |
| | 10-21 | Flores | Personal Injury | Brady - Defense - T |
| | 11-18 | Brown | Worker's Comp | Miller – Claimant - H |
| | 11-24 | Ring | Worker's Comp | Callery – Defense – H |
| 2010 | 1-5 | Tarbet | Worker's Comp | Scrivner – Defense - H |
| | 1-12 | Hogg | Marital Dissolution | Eismann – Defense – T |
| | 1-15 | Hardenbrook | Wrongful Discharge | Rossman – Plaintiff – T |
| | 2-5 | Calhoun Lyman | Worker's Comp | Peterson – Claimant – D |
| | 2-11 | Langley | Worker's Comp | Ripple – Defense – D |
| | 2-12 | Sedorus | Worker's Comp | Ripple – Defense – D |
| | 2-18 | Ellis | Wrongful Discharge | Kormanic – Plaintiff – T |
| | 3-8 | Noe | Personal Injury/FELA | Larsen – Plaintiff – D |
| | 4-9 | Barton | Worker's Comp | Owen – Claimant – H |
| | 4-21 | Quintero | Personal Injury | Brassey – Defense – D |
| | 5-4 | Geissendaffer | Worker's Comp | Owen – Claimant - D |
| | 5-11 | Divesti | Personal Injury/FELA | Larsen – Plaintiff – T |
| | 6-4 | Dykas | Marital Dissolution | Bevis – Defense – T |
| | 6-15 | Funes | Worker's Comp | Brown – Claimant – H |
| | 6-30 | Merrill | Worker's Comp | Callery – Defense – H |
| | 7-16 | Jones | Personal injury/FELA | Vucinovich – Plaintiff – D |
| | 8-4 | Grawcock | Worker's Comp | Callery – Defense – H |


| Year | Date | Name | Type | Attorney – Role – Outcome |
|---|---|---|---|---|
| | 8-20 | Strong | Personal Injury | Orler – Defense – T |
| | 9-16 | Moritz | Personal Injury | Nicholson – Plaintiff – T |
| | 9-17 | Foster | Marital Dissolution | Hammerquist – Plaintiff – T |
| | 9-21 | Webb | Personal injury/FELA | Larsen – Plaintiff – D |
| | 10-6 | Butts | Worker's Comp | Hutchinson – Claimant – D |
| | 11-19 | Gadsby | Worker's Comp | High – Defense - H |
| 2011 | 1-31 | Undesser | Marital Dissolution | Bevis – Defense – D |
| | 2-10 | Gossage | Personal injury/FELA | Vucinovich –Plaintiff - D |
| | 2-17 | Undesser | Marital Dissolution | Bevis – Defense - T |
| | 3-23 | Henry | Worker's Comp | Owen – Claimant – H |
| | 4-12 | Siegel | Wrongful Discharge | Nicholson - Plaintiff - D |
| | 4-19 | Severson | Worker's Comp | Schepp – Claimant – D |
| | 4-19 | Boucher | Wrongful Discharge | Sneed – Plaintiff – D |
| | 5-23 | Hinkley | Worker's Comp | Koyler – Plaintiff – D |
| | 6-8 | Brusseau | Worker's Comp | Callery – Defense - H |
| | 7-8 | Boucher | Wrongful Discharge | Sneed – Plaintiff – T |
| | 8-9 | Stoddard | Personal Injury | DeHaan – Plaintiff – D |
| | 8-10 | Boyer | Worker's Comp | Valdez – Defense - H |
| | 9-2 | Elliot | Personal Injury | Shanahan – Plaintiff – T |
| | 9-28 | Aguilar | Marital Dissolution | Welsh – Plaintiff – T |
| | 11-1 | Moyle | Marital Dissolution | Gustavel – Defense - D |
| | 12-9 | Corgatelli | Worker's Comp | Lewis – Plaintiff – D |
| | 12-27 | Green | Worker's Comp | Callery – Defense – D |
| 2012 | 1-19 | Schweikert | Personal Injury | Roache – Plaintiff – D |
| | 2-6 | Kolowith | Marital Dissolution | Welsh – Defense – D |
| | 2-17 | Kolowith | Marital Dissolution | Welsh – Defense – T |
| | 3-15 | Kimball | Worker's Comp | Callery – Defense – H |
| | 3-23 | Dennis | Marital Dissolution | Welsh – Plaintiff – T |
| | 3-29 | Sevy | Worker's Comp | Callery – Defense – D |

|  | Date | Name | Type | Attorney/Role |
|---|---|---|---|---|
|  | 4-12 | Arradondo | Worker's Comp | Owen – Claimant – D |
|  | 4-13 | Fomachev | Worker's Comp | McFeeley – Defense – D |
|  | 4/23/24 | Schweikert | Personal Injury | Roache – Plaintiff – T |
|  | 4/25 | Massey | Personal Injury | Alexander – Plaintiff – D |
|  | 5/3 | Hope | Worker's Comp | Valdez – Defense – D |
|  | 5/15 | Mulford | FELA Personal Injury | Larsen – Plaintiff – T |
|  | 5/17 | Vawter | Worker's Comp | Veltman – Defense – H |
|  | 5/22 | Renke | Worker's Comp | Ruchti – Claimant – D |
|  | 5/24 | Taylor | Personal Injury | Bailey – Defense – D |
|  | 6/4 | Skidmore | Personal Injury | Smith – Plaintiff – D |
|  | 6/6 | James | Personal Injury | Donahoe – Plaintiff – D |
|  | 6/13 | Vasquez | Personal Injury | Kane-Defense – T |
|  | 7-18 | Gardner | Worker's Comp | Brown – Plaintiff – H |
|  | 8-22 | Green | Worker's Comp | Callery – Defense – H |
|  | 9-18 | Cedillo | Personal Injury | Steele – Plaintiff – D |
|  | 9-19 | Glenn | Personal Injury | Horras – Claimant – H |
|  | 11-20 | Cedillo | Personal Injury | Steele – Plaintiff – A |
| 2013 | 2-13 | Ellsworth | Marital Dissolution | Court ordered – T |
|  | 3-1 | Colpron | Marital Dissolution | Bevis – Plaintiff – T |
|  | 3-12 | Woodington | Personal Injury | Hess – Plaintiff – D |
|  | 4-9 | Hopwood | Worker's Comp | Brown – Plaintiff – H |
|  | 4-16 | Hanson | Worker's Comp | Owen – Plaintiff - PHD |