WILLIAM H. THOMAS (ISB 3154)
THOMAS, WILLIAMS & PARK, LLP
121 N. 9th St., Ste. 300
P.O. Box 1776
Boise, ID  83701-1776
Telephone:  (208) 345-7800
Fax:  (208) 345-7894
wmthomas@thomaswilliamslaw.com

**Attorneys for Plaintiff**

## IN THE UNITED STATESDISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JONATHAN L. SCHMECK,** | Case No.  12-cv-490-REB |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF JONATHAN L. SCHMECK** |
| **STAKER PARSON COMPANIES, dba IDAHO CONCRETE COMPANY, a UTAH corporation,** | |
| Defendant. | |

STATE OF IDAHO   )
                 )ss.
County of Ada    )

    I, JONATHAN L. SCHMECK, being first duly sworn on oath, depose and say:

    1.    I am the Plaintiff in this action and have personal knowledge of the facts and matters set forth herein.

AFFIDAVIT OF JONATHAN L. SCHMECK, P. 1

2. I have personal knowledge of other individuals having problems with the 1986-87 truck I was driving on December 7, 2010, in Middleton, Idaho.

3. I, personally, had problems with the 1986-87 truck and had previously complained to Kirk Ellingford ("Ellingford") about it.

4. Just prior to the accident, I received a telephone call from the nurse at St. Alphonsus and told me I was scheduled for a CAT scan.

5. I did not have any contact with Elingford all afternoon until he arrived at the site a few minutes after the accident occurred.

6. At approximately 5:00 p.m., Ellingford took me for a drug test, a standard procedure after an accident. Ellingford called the testing facility to remain open until we arrived.

7. We did not leave the drug testing facility until well after 6:00 p.m.

8. After arriving at the plant on December 7, 2010 after 6:30 p.m., I informed Ellingford that I had a CAT scan appointment the next day and would not be in to work. Ellingford approved the absence.

9. Upon my return to the medical office on December 8, 2010 to receive my scan results, St. Alphonsus informed me that my insurance was cancelled in the morning on December 7, 2010.

10. I called Businessolver, the COBRA administrator, and confirmed that my insurance was, in fact, cancelled the morning of December 7, 2010, and was informed that I was eligible for COBRA as of December 8, 2010.

11. While I was away from work for my doctor's appointment on December 8, 2010, Ellingford called me and terminated my employment. Defendant did ask me about the accident.

AFFIDAVIT OF JONATHAN L. SCHMECK, P. 2

DATED this 21 day of November, 2013.

*[signature]*
Jonathan L. Schmeck

Subscribed and sworn to before me this ___ day of November, 2013.

[Notary Seal: JENNIFERANN HYNEK, Notary Public, State of Idaho]

*[signature]*
Notary Public for Idaho
Residing at Gem County
My Commission Expires: 10·13·18

AFFIDAVIT OF JONATHAN L. SCHMECK, P. 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Phillip S. Oberrecht | poberrecht@greenerlaw.com |
| Jason R. Mau | jmau@greenerlaw.com |

/s/ William H. Thomas